# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   ROBERTA SWEET                                     Case No.: 10-06094
         LEANDER SWEET JR

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/16/2010.

2) This case was confirmed on 08/19/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/21/2010, 02/01/2011, 08/02/2011.

5) The case was dismissed on 09/22/2011.

6) Number of months from filing to the last payment: 15

7) Number of months case was pending: 23

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 35,419.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 25,271.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 25,271.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 1,357.64 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 1,158.03 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 2,515.67 |
| Attorney fees paid and disclosed by debtor | $ | 2,142.36 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BAC HOME LOANS SERVI | OTHER | NA | NA | NA | .00 | .00 |
| CITICORP TRUST BANK | SECURED | 28,452.00 | 30,656.29 | .00 | .00 | .00 |
| CITICORP TRUST BANK | SECURED | 10,640.00 | .00 | .00 | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 1,702.27 | 1,653.41 | 1,653.41 | 287.54 | .00 |
| COOK COUNTY TREASURE | UNSECURED | 1,702.27 | NA | NA | .00 | .00 |
| COOK COUNTY COLLECTO | OTHER | .00 | NA | NA | .00 | .00 |
| US BANK NATIONAL | SECURED | 180,669.82 | 144,319.06 | 15,005.53 | 15,005.53 | .00 |
| US BANK NATIONAL | UNSECURED | 30,121.82 | NA | NA | .00 | .00 |
| US BANK NATIONAL | SECURED | 31,570.95 | 46,000.85 | 46,000.85 | 7,071.62 | .00 |
| LITTON MORTGAGE LOAN | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST TITLE LOANS | SECURED | 1,003.54 | .00 | 1,003.54 | 245.98 | 26.74 |
| MIDWEST TITLE LOANS | OTHER | .00 | NA | NA | .00 | .00 |
| UNITED CONSUMER FINA | SECURED | 500.00 | 235.50 | 235.50 | 117.92 | .00 |
| UNITED CONSUMER FINA | UNSECURED | 986.92 | 1,081.42 | 1,081.42 | .00 | .00 |
| UNITED CONSUMER FINA | OTHER | .00 | NA | NA | .00 | .00 |
| ACCOUNT RECOVERY SER | UNSECURED | 202.00 | 803.94 | 803.94 | .00 | .00 |
| ACCOUNT RECOVERY SER | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| ASSOCIATES IN NEPHRO | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 443.00 | NA | NA | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 553.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,120.13 | 1,071.57 | 1,071.57 | .00 | .00 |
| EDUCATION DIRECT A T | UNSECURED | 463.00 | NA | NA | .00 | .00 |
| FINANCIAL SOLUTIONS | UNSECURED | 729.66 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRST CASH | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| PREMIER BANKCARD/CHA | UNSECURED | 275.00 | 187.33 | 187.33 | .00 | .00 |
| FIRST REVENUE ASSURA | UNSECURED | 806.00 | NA | NA | .00 | .00 |
| FIRST REVENUE ASSURA | OTHER | .00 | NA | NA | .00 | .00 |
| GULF STATE CREDIT | UNSECURED | 2,756.12 | NA | NA | .00 | .00 |
| GULF STATE CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| GULF STATE CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| GULF STATE CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| GULF STATE CREDIT | OTHER | .00 | NA | NA | .00 | .00 |
| HARRIS & HARRIS | UNSECURED | 77.00 | NA | NA | .00 | .00 |
| INSTANT CASH ADVANCE | UNSECURED | 280.00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC | UNSECURED | 2,820.88 | NA | NA | .00 | .00 |
| LVNV FUNDING | OTHER | .00 | NA | NA | .00 | .00 |
| MCI | UNSECURED | 777.53 | NA | NA | .00 | .00 |
| MIDWESTERN TELECOM | UNSECURED | 1,758.40 | NA | NA | .00 | .00 |
| MIDWESTERN TELECOM | OTHER | .00 | NA | NA | .00 | .00 |
| OSI COLLECTION SVCS | UNSECURED | 37.00 | NA | NA | .00 | .00 |
| OSI COLLECTION SERVI | OTHER | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 3,084.37 | 4,378.31 | 4,378.31 | .00 | .00 |
| PROFFESSIONAL ACCOUN | UNSECURED | 33.00 | NA | NA | .00 | .00 |
| PROFESSIONAL ACCNT M | OTHER | .00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 154.79 | NA | NA | .00 | .00 |
| SPRINT PCS | OTHER | .00 | NA | NA | .00 | .00 |
| SPRINT PCS | UNSECURED | 805.00 | NA | NA | .00 | .00 |
| SPRINT PCS | OTHER | .00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| TCF NATIONAL BANK | OTHER | .00 | NA | NA | .00 | .00 |
| UNITED COLLECTION BU | UNSECURED | 2,973.84 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 939.00 | 279.52 | 279.52 | .00 | .00 |
| US CELLULAR | OTHER | .00 | NA | NA | .00 | .00 |
| WELLINGTON RADIOLOGY | UNSECURED | 159.00 | NA | NA | .00 | .00 |
| DARRYL SWEET | OTHER | .00 | NA | NA | .00 | .00 |
| QUINLYN SWEET | OTHER | .00 | NA | NA | .00 | .00 |
| CARMISE SWEET | OTHER | .00 | NA | NA | .00 | .00 |
| CALVIN JACKSON | OTHER | .00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | 640.32 | 640.32 | .00 | .00 |
| RJM AQUISITIONS FUND | UNSECURED | NA | 76.49 | 76.49 | .00 | .00 |
| CITICORP TRUST BANK | OTHER | NA | NA | NA | .00 | .00 |
| PREMIER BANKCARD/CHA | UNSECURED | NA | 405.72 | 405.72 | .00 | .00 |
| LITTON LOAN SERVICIN | OTHER | NA | NA | NA | .00 | .00 |
| CITICORP TRUST BANK | UNSECURED | 28,452.00 | .00 | 30,656.29 | .00 | .00 |
| MIDWEST TITLE LOANS | SECURED | NA | 1,554.88 | .00 | .00 | .00 |
| LITTON LOAN SERVICIN | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| CITIFINANCIAL MORTGA | OTHER | .00 | NA | NA | .00 | .00 |
| US BANK NATIONAL | OTHER | NA | NA | NA | .00 | .00 |
| BRICE VANDER LINDEN | OTHER | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | 15,005.53 | 15,005.53 | .00 |
| Mortgage Arrearage | 46,000.85 | 7,071.62 | .00 |
| Debt Secured by Vehicle | 1,003.54 | 245.98 | 26.74 |
| All Other Secured | 1,888.91 | 405.46 | .00 |
| **TOTAL SECURED:** | 63,898.83 | 22,728.59 | 26.74 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 39,580.91 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,515.67 |
| Disbursements to Creditors | $ | 22,755.33 |
| **TOTAL DISBURSEMENTS:** | $ | 25,271.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   01/04/2012                                  /s/ Tom Vaughn
                                                     Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**